1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

15  UNITED STATES OF AMERICA,       )  5:24 MJ 00342
                                    )
16              Plaintiff,           )  ORDER OF DETENTION AFTER
                                    )  HEARING ( Fed.R.Crim.P. 32.1(a)(6)
17         v.                        )  Allegations of Violations of Probation
                                    )  Supervised Release)
18  RAMON DAVID                      )  Conditions of Release)
        QUINTANA                    )
19                                   )
            Defendant.               )
20

On arrest warrant issued by a United States District Court involving alleged
21
violations of conditions of probation or Supervised Release,
22
The court finds no condition or combination of conditions that will
23
reasonably assure:
24
    (A)  (✓)  the appearance of defendant as required; and/or
25
    (B)  (✓)  the safety of any person or the community.
26
//
27
//
28

1   The court concludes:

2   A.  (✓) Defendant poses a risk to the safety of other persons or the community
3       because defendant has not demonstrated by clear and convincing
4       evidence that:
5       • Allegation of new offense committed
6         within first week of supervision

10  (B) (✓) Defendant is a flight risk because defendant has not shown by clear
11      and convincing evidence that:
12      • Unstable residence history
13      • No identified bail resources
14      • Allegation of non-communication
15        with probation (Defendant disputes)

17  IT IS ORDERED that defendant be detained.

19  DATED: 8/23/24

            _____
            DAVID T. BRISTOW
            UNITED STATES MAGISTRATE JUDGE